### 18137.   BARNWELL *v.* TUTWILER.

BLOODWORTH, J.   There was sufficient evidence to authorize the judgment for $250 for the plaintiff, rendered by the judge of the municipal court of Atlanta; the petition for certiorari shows no legal reason why there should be another trial of the case, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 14, 1927. ·

Certiorari; from Fulton superior court—Judge Moore.   March 30, 1927.

*McDaniel & Neely, Thomas M. Stubbs,* for plaintiff in error.

*McElreath & Scott,* contra.

Courts, 15 C. J. p. 987, n. 61.

---

### 18139.   WILLIAMS *et al. v.* LANKFORD.

BROYLES, C. J.   Under all the facts of the case as disclosed by the record, it does not appear that the court erred in overruling the certiorari.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1927.   REHEARING DENIED JULY 27, 1927.

Certiorari; from Fulton superior court—Judge Humphries.   April 12, 1927.

*Morris Macks, E. L. Fowler,* for plaintiffs in error.

*Savage & Crawford,* contra.

Certiorari, 11 C. J. p. 158, n. 85.